UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pro Se Party Michael J. Healy
　　　　　Plaintiff

v.　　　　　　　　　　　　　　CIVIL ACTION NO. 16-cv-11996- GAO

U.S. Bank Trust, N.A.
　　　　　Defendant

## JUDGMENT

D.J. O'Toole

____ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

The defendant's Motion for Summary Judgment (dkt. no. 70) and Motion for a Protective Order (dkt. no. 72) are GRANTED. The plaintiff's Motion for Summary Judgment (dkt. no. 74) is DENIED. Judgment shall enter in favor of the defendant.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 08/03/2017　　　　　　　By　/s/ Taylor Halley
　　　　　　　　　　　　　　　　　　Deputy Clerk