UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael J. Healy Pro Se ) | |
| Plaintiff. ) | |
| VS. ) | 1:16-cv-11669-GAO |
| ) | |
| US.BANK MASTER LSF9 ) | |
| PARTICIPATION TRUST ) | |
| ) | |
| DEFENDANT ) | |

# PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE APPEAL

The Plaintiff as a Friend of this Honorable Court and with the ut most respect requires an enlargement of time thirty days and re set of deadline to file appeal in civil case ; 1:16-cv-11669-GAO to November 5, 2018.

Plaintiff is submitting this document while coming to terms with the recent passing of his father James Seamus Felix Francis Healy at 5:25 pm. On 4 ,Sept ,2018 . Late in July 2018 Mr. Healy had Surgery for the third and final time, followed by Wasting, with a diagnosis of an in operable cancer. A short time later Palliati ve care, Hospice, unavoidable Passing from this Life to Gods promise of Eternal Life, P eace and Tranquility through, Jesus Crist O ur Lord and Savior . Mr. Healy's Obituary appeared in the Cape Cod Times on Sunday September 9, 2018. www.capecodtimes.com

The Plain tiff, Michael James Healy, Thanks this Honorable Court for their understanding in this tragic, all too common condition , Cancer . Plaintiff shall, if it Please the Court submit the, afore mentioned Appeals Docume ntation no later than November 5, 2018.

Respectfully, Michael J. Healy, Pro Se,

Plaintiff